DEBORAH M. SMITH
Acting United States Attorney

DAVID A. NESBETT
Special Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West 7th Avenue, Room 253, #9
Anchorage, Alaska 99513-7567
Phone:(907) 271-5071
Fax: (907) 271-1500
Email: david.nesbett@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. |
| | ) | |
| Plaintiff, | ) | COUNT 1: |
| | ) | ARMED ROBBERY OF FINANCIAL |
| | ) | INSTITUTION |
| v. | ) | Vio. of 18 U.S.C. §§ 2113(a) and |
| | ) | 2113(d) |
| | ) | |
| | ) | COUNT 2: |
| CHRISTOPHER ALLEN CHARLES, | ) | BRANDISHING A FIREARM DURING |
| | ) | AND IN RELATION TO AND IN |
| Defendant. | ) | FURTHERANCE OF A CRIME OF |
| | ) | VIOLENCE |
| | ) | Vio. of 18 U.S.C. § 924(c)(1)(A)(ii) |
| | ) | |
| | ) | COUNT 3: |
| | ) | UNLAWFUL USER IN POSSESSION |
| | ) | OF A FIREARM |
| | ) | Vio. of 18 U.S.C. §§ 922(g)(3) and |
| | ) | 924(a)(2) |
| | ) | |
| | ) | |

INDICTMENT

The Grand Jury charges that:

## COUNT 1

On or about March 16, 2006, in the District of Alaska, the defendant, CHRISTOPHER ALLEN CHARLES, did, by force and violence and intimidation, take from the person and presence of another, approximately seven thousand one hundred fifty seven dollars ($7,157.00) in United States Currency, belonging to and in the care, custody and possession of Alaska USA Federal Credit Union, located at 2000 West Dimond, Blvd., Anchorage, Alaska, the deposits of which are insured by the National Credit Union Administration, and in committing this offense put in jeopardy the life of other persons through the use of a dangerous weapon, namely a handgun.

All of which is in violation of Title 18, United States Code, Sections 2113(a) and 2113(d).

## COUNT 2

On or about March 16, 2006, in the District of Alaska, the defendant, CHRISTOPHER ALLEN CHARLES, did knowingly and intentionally use, carry, possess and brandish a firearm during and in relation to and in furtherance of a federal crime of violence, namely bank robbery, in violation of Title 18, United States Code, Sections 2113(a) and (d), as described in Count 1 of this Indictment.

All of which is in violation of and contrary to Title 18, United States Code, Section 924(c)(1)(A)(ii).

## COUNT 3

On or about March 16, 2006, in the District of Alaska, the defendant, CHRISTOPHER ALLEN CHARLES, was an unlawful user of a controlled substance, as defined in Title 21 U.S.C. § 802, did knowingly possess in and affecting commerce, three firearms, to wit: a Mossberg 12 gauge shotgun, model number 500A, serial number L434466, a L.A.R. MFG Inc., Mark I .45 caliber semiautomatic handgun, serial number

//

//

//

//

//

A008502, and a Taurus .38 caliber revolver, model number 85, serial number VG23626.

All of which is in violation of Title 18, United States Code, Sections 922(g)(3) and 924(a)(2).

A TRUE BILL.

                                                s/ Grand Jury Foreperson
                                                GRAND JURY FOREPERSON

s/ David A. Nesbett
DAVID A. NESBETT
Special Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West 7th Avenue, Room 253, #9
Anchorage, Alaska 99513-7567
Phone:(907) 271-5071
Fax: (907) 271-1500
Email: david.nesbett@usdoj.gov


s/ Deborah Smith
DEBORAH M. SMITH
Acting United States Attorney
Federal Building & U.S. Courthouse
222 West 7th Avenue, Room 253, #9
Anchorage, Alaska 99513-7567
Phone:(907) 271-5071
Fax: (907) 271-1500
Email: deb.smith@usdoj.gov


DATED:   3/22/06