AO 442 (Rev. 12/85) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## DISTRICT OF ALASKA

RECEIVED
MAR 28 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

UNITED STATES OF AMERICA

V.

CHRISTOPHER ALLEN CHARLES

~~SECRET~~

**WARRANT FOR ARREST**

CASE NUMBER: 3:06-cr-00026-JWS

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **Christopher Allen Charles** and bring him or her forthwith to the nearest Magistrate Judge to answer a(n)

[X] Indictment  [] Information  [] Complaint  [] Order of Court  [] Violation Notice  [] Probation Violation Petition

charging him or her with (brief description of offense): Armed Robbery of Financial Institution, Brandishing a Firearm During and in Relation to and In Furtherance of A Crime of Violence, and Unlawful User in Possession of a Firearm

in violation of Title 18 United States Code, Section(s) 2113(a) and 2113(d); 924(c)(1)(A)(ii); and 922(g)(3) and 924(a)(2)

Ida Romack
Name of Issuing Officer

by  Deputy Clerk
Signature of Issuing Officer

Bail Fixed at $ To Be Determined

Clerk of Court
Title of Issuing Officer

March 23, 2006 at Anchorage, AK
Date and Location

by JOHN D. ROBERTS

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at: ALASKA NATIVE HOSPITAL |

| DATE RECEIVED 03/24/2006 | NAME AND TITLE OF ARRESTING OFFICER CHAD KADERA  SA FBI | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST 03/24/2006 | | |

**THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:**

DEFENDANT'S NAME: Christopher Allen Charles

ALIAS:

LAST KNOWN RESIDENCE:

LAST KNOWN EMPLOYMENT:

PLACE OF BIRTH:

DATE OF BIRTH:

SOCIAL SECURITY

HEIGHT: 5'06"          WEIGHT: 190

SEX: Male              RACE: White

HAIR: Brown            EYES: Brown

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS:

AGENCY CASE NUMBER:

COMPLETE DESCRIPTION OF AUTO:

INVESTIGATIVE AGENCY AND ADDRESS: Special Agent Chad Kadera, FBI, 101 E. 6th Ave., Anchorage, AK