MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs CHRISTOPHER ALLEN CHARLES   CASE NO.  3:06-CR-00026-JWS
Defendant: X Present   X In Custody

BEFORE THE HONORABLE         JOHN D. ROBERTS

DEPUTY CLERK/RECORDER:       CAROLINE EDMISTON

UNITED STATES ATTORNEY:      BRYAN SCHRODER FOR DAVID NESBETT

DEFENDANT'S ATTORNEY:        KEVIN MCCOY, APPOINTED

U.S.P.O.:                    PAULA MCCORMICK

PROCEEDINGS: ARRAIGNMENT ON INDICTMENT Held 03/28/06:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 3:29 p.m. court convened.

 X Copy of Indictment given to defendant: read.

 X Defendant sworn.

 X Defendant advised of general rights.  __Waived full advisement.

 X Defendant advised of charges and penalties.

 X Defendant states true name:   Same as above         Age:  23

 X Financial Affidavit filed.  Federal Public Defender accepted appointment; FPD notified.

 X PLEAS Not Guilty to Counts 1, 2, & 3 of the Indictment.

 X Defendant detained/Detention Hearing set for **April 3, 2006 at 2:00 p.m.;** Order of Temporary Detention **FILED**.

 X Pretrial motions due **April 17, 2006;** meet and confer **April 13, 2006.**

 X Counsel advised of trial date: Final Pretrial Conference set **June 6, 2006 at 8:30 a.m.**  Trial by Jury set **June 6, 2006 at 9:00 a.m.** before Judge Sedwick.  Mr. MCCoy unavailable for trial from May 30, 2006 thru July 3, 2006.

At 3:45 p.m. court adjourned.

DATE:  March 29, 2006     DEPUTY CLERK'S INITIALS:      Ce