Kevin F. McCoy
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 W. Seventh Avenue, Suite 1600
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | NO. 3:06-CR-00026-JWS |
|---|---|
| Plaintiff, | |
| vs. | **ENTRY OF APPEARANCE** |
| CHRISTOPHER ALLEN CHARLES, | |
| Defendant. | |

  Kevin F. McCoy, Assistant Federal Public Defender for the District of Alaska, hereby enters his appearance as counsel for the Defendant CHRISTOPHER ALLEN CHARLES in the above-captioned action.

  DATED at Anchorage, Alaska this 29th day of March 2006.

    Respectfully submitted,

    s/Kevin F. McCoy
    Assistant Federal Defender
    550 West 7th Avenue, Suite 1600
    Anchorage, AK 99501
    Phone: 907-646-3400
    Fax: 907-646-3480
    E-Mail: kevin_mccoy@fd.org

<u>Certification</u>:
I certify that on March 29, 2006,
a copy of the *Entry of Appearance*
was served electronically on:

David Nesbett
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK  99513-7567

s/Kevin F. McCoy