Kevin F. McCoy
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 W. Seventh Avenue, Suite 1600
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CHRISTOPHER ALLEN CHARLES,<br><br>Defendant. | NO. 3:06-CR-00026-JWS<br><br>**UNOPPOSED MOTION ON SHORTENED TIME TO CONTINUE PRETRIAL MOTIONS DEADLINE BY TEN DAYS** |

Christopher Charles asks this court for an order on shortened time continuing the pretrial motions deadline by ten days.  Pretrial motions are presently due on April 17, 2006.  A continuance is appropriate because discovery is presently incomplete.

This motion is submitted pursuant to D.Ak.L.Crim.R. 47.1 and is based upon the affidavit of counsel.

DATED at Anchorage, Alaska this 17th day of April 2006.

Respectfully submitted,

s/Kevin F. McCoy
Assistant Federal Defender
550 West 7th Avenue, Suite 1600
Anchorage, AK 99501
Phone:         907-646-3400
Fax:           907-646-3480
E-Mail:        kevin_mccoy@fd.org

Certification:
I certify that on April 17, 2006,
a copy of the *Unopposed Motion on
Shortened Time to Continue Pretrial
Motions Deadline by Ten Days,* the
*Affidavit of Counsel*, and the *Proposed
Order* was served electronically on:

David Nesbett
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK 99513-7567

s/Kevin F. McCoy