UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CHRISTOPHER ALLEN CHARLES,<br><br>Defendant. | NO. 3:06-CR-00026-JWS<br><br>**PROPOSED ORDER** |

On consideration of the defendant's shortened time request to extend time for pretrial motions by ten days;

It is hereby ordered that the request is granted.

Pretrial motions shall be filed on or before April _____, 2006.

Done at Anchorage, Alaska this _____ day of April 2006.

_____
JOHN D. ROBERTS
United States Magistrate Judge