vin F. McCoy
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 W. Seventh Avenue, Suite 1600
Anchorage, Alaska 99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>CHRISTOPHER ALLEN CHARLES,<br><br>    Defendant. | NO. 3:06-CR-00026-JWS<br><br>**AFFIDAVIT OF COUNSEL** |
| STATE OF ALASKA<br><br>THIRD JUDICIAL DISTRICT | ss: |

      Kevin F. McCoy, being first duly sworn upon oath, deposes and says as follows:

      1.     I am the attorney for Christopher Charles.

      2.     I was appointed to represent Mr. Charles on March 28, 2006.

      3.     I submitted a written request for Fed.R.Crim.P. 12(d)(2) and 16(a)(1)(A), (B), (C), (D) and (E) discovery on March 29, 2006.

      4.     Discovery was provided on April 4, 2006, and again on April 14, 2006.

5. On information and belief discovery remains incomplete. The discovery provided references to three search warrants. Only two search warrants have been produced.

6. Because discovery is incomplete and is continuing, Mr. Charles is asking that the pretrial motions deadline be extended for ten days.

7 On April 17, 2006, I spoke with Assistant U.S. Attorney David Nesbett. Mr. Nesbett indicated that the government does not oppose this request.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

_____
KEVIN F. McCOY

SUBSCRIBED AND SWORN to before me this 17th day of April 2006.

_____
Notary Public in and for Alaska
My Commission Expires: 12/20/2008

*United States v. Christopher Allen Charles*
Case No. 3:06-CR-00026-JWS                                                                                   Page 2