UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>CHRISTOPHER ALLEN CHARLES,<br><br>    Defendant. | NO. 3:06-CR-00026-JWS-JDR<br><br>**ORDER** |

On consideration of the defendant's shortened time request filed at Docket No. 13, to extend time for pretrial motions by ten days;

It is hereby ordered that the request is granted.

Pretrial motions shall be filed on or before April 27, 2006.

Done at Anchorage, Alaska this 17th day of April 2006.

        /s/ John D Roberts
        JOHN D. ROBERTS
        United States Magistrate Judge