Kevin F. McCoy
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 W. Seventh Avenue, Suite 1600
Anchorage, Alaska 99501
(907) 646-3400

Attorney for Defendant

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 3:06-CR-00026-JWS |
| Plaintiff, | |
| vs. | **MOTION TO SEVER AND SEPARATELY TRY COUNT 3** |
| CHRISTOPHER ALLEN CHARLES, | |
| Defendant. | |

Christopher Charles asks this court for an order severing Count 3 from Counts 1 and 2 and providing for a separate trial for Count 3. In the alternative, Mr. Charles asks that proof related to Mr. Charles' status as an alleged unlawful drug user, be bifurcated from the trial of Counts 1 and 2.

This motion is submitted pursuant to the Fifth Amendment Due Process Clause, Fed.R.Crim.P. 12(b) and 14, D.Ak.L.Crim.R. 47.1 and is based upon the attached memorandum of law, all the files and records in this case, and any argument and/or evidence which may be presented in support of this motion.

DATED at Anchorage, Alaska this 27th day of April 2006.

Respectfully submitted,

s/Kevin F. McCoy
Assistant Federal Defender
550 West 7th Avenue, Suite 1600
Anchorage, AK 99501
Phone:          907-646-3400
Fax:              907-646-3480
E-Mail:          kevin_mccoy@fd.org

Certification:
I certify that on April 27, 2006,
a copy of the *Motion to Sever and
Separately Try Count 3* and the
*Memorandum of Law in Support
of Motion to Sever and Separately
Try Count 3* were served electronically on:

David Nesbett
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK  99513-7567

s/Kevin F. McCoy