Kevin F. McCoy
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 W. Seventh Avenue, Suite 1600
Anchorage, Alaska 99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CHRISTOPHER ALLEN CHARLES,<br><br>Defendant. | NO. 3:06-CR-00026-JWS<br><br>**MOTION TO DISMISS COUNT 3 OF THE INDICTMENT** |

      Christopher Charles asks this court for an order dismissing Count 3 of the Indictment with prejudice. Count 3 of the Indictment charges Mr. Charles with being an unlawful user of controlled substances in possession of a firearm in violation of 18 U.S.C. § 922(g)(3). Dismissal with prejudice is appropriate because 18 U.S.C. § 922(g)(3) is unconstitutionally vague and does not provide fair notice of what conduct is prohibited.

      This motion is submitted pursuant to the Fifth Amendment due process clause, D.Ak.L.Crim.R. 47.1 and is based on the memorandum of law filed herewith

DATED at Anchorage, Alaska this 27th day of April 2006.

Respectfully submitted,

s/Kevin F. McCoy
Assistant Federal Defender
550 West 7th Avenue, Suite 1600
Anchorage, AK 99501
Phone:      907-646-3400
Fax:        907-646-3480
E-Mail:     kevin_mccoy@fd.org

Certification:
I certify that on April 27, 2006,
a copy of the *Motion to Dismiss
Count 3 of the Indictment* and the
*Memorandum of Law in Support
of Motion to Dismiss Count 3 of the
Indictment* was served electronically on:

David Nesbett
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK  99513-7567

s/Kevin F. McCoy