Kevin F. McCoy
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 W. Seventh Avenue, Suite 1600
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CHRISTOPHER ALLEN CHARLES,<br><br>Defendant. | NO. 3:06-CR-00026-JWS<br><br>**MOTION FOR BILL OF PARTICULARS** |

Christopher Charles asks this court for an order requiring the government to file a bill of particulars as to Count 3. A bill of particulars is necessary to apprize Mr. Charles of the conduct the government alleges he engaged in to violate 18 U.S.C. § 922(g)(3). A bill of particulars will minimize surprise at trial, will aid Mr. Charles in preparing for trial, and will safeguard his right not to be placed in jeopardy for the same offense.

This motion is submitted pursuant to the Fifth Amendment, the Sixth Amendment, Fed.R.Crim.P. 12(f), D.Ak.L.Crim.R. 47.1 and is based upon the memorandum of law filed herewith.

DATED at Anchorage, Alaska this 27th day of April 2006.

Respectfully submitted,

s/Kevin F. McCoy
Assistant Federal Defender
550 West 7th Avenue, Suite 1600
Anchorage, AK 99501
Phone:          907-646-3400
Fax:            907-646-3480
E-Mail:         kevin_mccoy@fd.org

Certification:
I certify that on April 27, 2006,
a copy of ***Motion for Bill of Particulars***
and the ***Memorandum of Law in Support
of Motion for Bill of Particulars*** was served
electronically on:

David Nesbett
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK  99513-7567

s/Kevin F. McCoy