# Providence Alaska Medical Center

P.O. Box 196604 Anchorage, AK 99519-6604 Phone (907) 562-2211

**CLINICAL LABORATORY REPORT**

## CARDIAC FUNCTION

Date: 3/17/2006
Day of Week: Fri
Collected Time: 4:18:00 AM

| PROCEDURE | | REF RANGE | UNITS |
|---|---|---|---|
| Creatine Kinase | 3198 H | [49-397] | IU/L |

## TDM / TOXICOLOGY

Date: 3/16/2006
Day of Week: Thu
Collected Time: 3:43:00 PM

| PROCEDURE | | REF RANGE | UNITS |
|---|---|---|---|
| Amphet Ur | Positive * | [Negative] | |
| Barb Ur | Negative | [Negative] | |
| Benz Ur | Positive | [Negative] | |
| Cann Ur | Negative | [Negative] | |
| Cocaine Ur | Positive | [Negative] | |
| Opiate Ur | Positive | [Negative] | |

## HEMATOLOGY

| Date: | 3/18/2006 | 3/18/2006 | 3/17/2006 | 3/17/2006 | 3/17/2006 | 3/16/2006 | | |
|---|---|---|---|---|---|---|---|---|
| Day of Week: | Sat | Sat | Fri | Fri | Fri | Thu | | |
| Collected Time: | 3:29:00 AM | 2:18:00 AM | 6:13:00 PM | 11:44:00 AM | 4:18:00 AM | 10:30:00 PM | | |
| PROCEDURE | | | | | | | REF RANGE | UNITS |
| WBC Inst | 14.3 H | | | | 13.5 H | | [4.5-11.0] | TH/uL |
| RBC | 3.70 L | | | | 4.60 | | [4.36-5.36] | Mil/uL |
| HGB | 10.6 L | 10.4 L | 10.8 L | 11.0 L | 13.1 L | 13.3 | [13.3-17.7] | gm/dL |
| HCT | 31.3 L | 30.9 L | 31.9 L | 32.7 L | 39.2 L | 39.8 L | [40.0-54.0] | % |
| Platelet Count | 307 | | | | 318 | | [140-440] | TH/uL |
| MPV | 7.6 | | | | 7.3 | | [6.5-10.7] | fL |
| MCV | 84.7 | | | | 85.1 | | [82.0-96.0] | fL |
| MCH | 28.7 | | | | 28.6 | | [26.0-33.0] | pg |
| MCHC | 33.9 | | | | 33.6 | | [31.0-35.0] | % |
| RDW | 13.7 | | | | 13.4 | | [11.5-14.5] | % |
| Tot Neuts | 75.2 H | | | | 75.9 H | | [39.0-73.0] | % |
| Lymphs | 12.0 L | | | | 10.3 L | | [19.0-45.0] | % |
| Monocytes | 9.6 | | | | 13.1 H | | [3.0-11.0] | % |
| Eosinophils | 2.2 | | | | 0.5 | | [0.0-4.0] | % |
| Basophils | 1.0 | | | | 0.2 | | [0.0-1.0] | % |
| Neuts Abs | 10.8 H | | | | 10.2 H | | [1.6-7.6] | TH/uL |

Legend: L=Low  H=High  C=Critical  c=corrected  f=footnote  *=Abnormal  ^=Corrected micro susceptibility

*Patient:* **CHARLES, CHRISTOHER**
*Med Rec #:* 595859      *Sex:* Male  *Age:* 23 years
*Account #:* 47826793    *Birth Date:* 1/25/1983
*Admit Date:* 3/16/2006
*Physician:* WRIGLEY MD, DAVID C
*Location:* **AC2**      *Rm/Bed:* **0215 / 1**

**Cumulative**
*Report Date:* 3/18/2006
*Report Time:* 3:15:12 PM

*Page 2 of 5*

000000178

Exhibit A - Page 1 of 1