DEBORAH M. SMITH
Acting United States Attorney

DAVID A. NESBETT
Special Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, Room 253, #9
Anchorage, Alaska  99513-7567
Phone: (907) 271-6306
Fax: (907) 271-1500
E-mail: david.nesbett@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:06-cr-0026-(JWS) |
| | ) | |
| Plaintiff, | ) | UNOPPOSED MOTION TO |
| | ) | CONTINUE RESPONSE |
| vs. | ) | DEADLINE |
| | ) | |
| CHRISTOPHER ALLEN CHARLES, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | *Filed on Shortened Time* |

COMES NOW the United States Attorney's Office, by and through counsel, and hereby requests a three day continuance to file the government's oppositions to the defendant's three motions.  The government's oppositions are currently due on or before May 4, 2006.  Trial has been set for June 6, 2006.

The undersigned will be traveling out of state from May 1 -5, 2006, attending a Project Safe Neighborhoods conference in Denver, Colorado. Defendant's motions were filed yesterday, April 27. Counsel for the defendant, Mr. McCoy, has been contacted and does not oppose the request for a continuance.

The government respectfully requests, therefore, that the government's responses be due on or before May 9, 2006.

RESPECTFULLY submitted this  28th  day of April, 2006, at Anchorage, Alaska.

DEBORAH M. SMITH<br>
Acting United States Attorney<br>
<br>
 s/ David A. Nesbett<br>
Special Assistant U.S. Attorney<br>
Federal Building & U.S. Courthouse<br>
222 West Seventh Avenue, Rm 253<br>
Anchorage, Alaska  99513-7567<br>
Phone: (907) 271-6306<br>
Fax: (907) 271-1500<br>
E-mail: david.nesbett@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on April 28, 2006,
a copy of the foregoing  was served
electronically on Kevin McCoy.

s/ David A. Nesbett
Special Assistant U.S. Attorney