IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:06-cr-0026-(JWS) |
| | ) | |
| Plaintiff, | ) | ORDER REGARDING |
| | ) | UNOPPOSED MOTION TO |
| vs. | ) | CONTINUE RESPONSE |
| | ) | DEADLINE |
| CHRISTOPHER ALLEN CHARLES, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Having considered the unopposed motion filed by the United States to continue the government's response deadline in the above-captioned case, IT IS HEREBY ORDERED that the government's response to the defendant's motions are due on or before May 9, 2006.

IT IS SO ORDERED.

DATED this ____ day of _____, 2006, at Anchorage, Alaska.

_____
UNITED STATES MAGISTRATE JUDGE