DEBORAH M. SMITH
Acting United States Attorney

DAVID A. NESBETT
Special Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, Room 253, #9
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: david.nesbett@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:06-cr-026-JWS |
| | ) | |
| Plaintiff, | ) | |
| | ) | **MOTION TO DISMISS** |
| vs. | ) | **COUNT 3 OF THE** |
| | ) | **INDICTMENT** |
| CHRISTOPHER CHARLES, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | (Motion on Shortened Time) |
| | ) | |
| | ) | |

COMES NOW the United States Attorney's Office, by and through counsel, and hereby requests that the court dismiss Count 3 of the Indictment without

prejudice in this case pursuant to Federal Rule of Criminal Procedure 48(a).

RESPECTFULLY SUBMITTED on May 9, 2006.

DEBORAH M. SMITH
Acting United States Attorney

 s/ David A. Nesbett
Special Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, Rm 253
Anchorage, Alaska  99513-7567
Phone: (907) 271-6306
Fax: (907) 271-1500
E-mail: david.nesbett@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on May 9, 2006,
a copy of the foregoing  was served
electronically on Kevin McCoy.

s/ David A. Nesbett
Special Assistant U.S. Attorney