IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:06-cr-0026-(JWS) |
| | ) | |
| Plaintiff, | ) | ORDER REGARDING |
| | ) | MOTION TO DISMISS |
| vs. | ) | COUNT 3 OF THE |
| | ) | INDICTMENT |
| CHRISTOPHER ALLEN CHARLES, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Having considered the motion filed by the United States to dismiss Count 3 of the Indictment, IT IS HEREBY ORDERED that Count 3 of the Indictment be dismissed without prejudice.

IT IS SO ORDERED.

DATED this ____ day of May, 2006, at Anchorage, Alaska.

_____
UNITED STATES DISTRICT COURT JUDGE