MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

UNITED STATES v. CHRISTOPHER CHARLES

Case No. **3-06-cr-00026-JWS-JDR**

**THE HONORABLE JOHN D. ROBERTS, United States Magistrate Judge**
Jo Ann Mingo, Judicial Assistant - Magistrate Judge's Chambers

**MINUTE ORDER FROM CHAMBERS**

**RE: Motions to Dismiss Count Three of the Indictment**
Docket Nos. 18, 24

The Court is in receipt of the government's Motion to Dismiss Count Three of the Indictment, Docket No. 24. At Docket No. 18 Defendant Charles filed a Motion to Dismiss Count Three of the Indictment. The government states that the motion to dismiss is pursuant to F.R.Cr.P. 48(a). Accordingly, it is hereby recommended that the government's Motion to Dismiss Count Three of the Indictment, Docket No. 24 be GRANTED. It is further recommended that defendants' Motion to Dismiss Count Three of the Indictment, Docket No. 18 be DENIED as moot.

**Entered at the direction of the Honorable John D. Roberts, United States Magistrate Judge**

May 9, 2006

Any request for other information or for clarification, modification, or reconsideration of this Order, or for extension of time must be made as a motion. See FED.R.CIV.P. 7(b)(1); D.Ak.LR. 7.1(1). No one should telephone, fax or write to chambers regarding pending cases. The magistrate judge's judicial assistant and/or law clerk are not permitted to discuss any aspect of this case, provide any information or communicate with any person including litigants, lawyers, witnesses and the public regarding cases.

T:\2006\06 CR\3-06-cr-00026-JWS-JDR CHARLES @18, 24 MO Re RR To Dismiss.wpd