UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

<u>  UNITED STATES OF AMERICA  </u>  v.  <u>  CHRISTOPHER ALLEN CHARLES  </u>

THE HONORABLE PHILIP M. PALLENBERG

DEPUTY CLERK                                               CASE NO.  <u>3:06-CR-00026-JWS</u>

<u> Dan Maus </u>

<u>PROCEEDINGS</u>: **MINUTE ORDER FROM CHAMBERS**              DATE: May 10, 2006

      The defendant moves for a bill of particulars as to Count 3. Specifically, the defendant requests a bill of particulars as to "precisely what conduct the government intends to use to establish that he is an unlawful user of drugs". The defendant relies upon *United States v. Purdy*, 264 F.3d 809, 812-13 (9th Cir. 2001). In *Purdy*, the court held that a conviction under 18 USC §922(g)(3) requires proof that a defendant "took drugs with regularity, over an extended period of time, and contemporaneously with his purchase or possession of a firearm." *Id.*

      The defendant contends that the only evidence provided in the discovery as to his drug use is a positive drug test taken after the alleged robbery. While this could satisfy the requirement of contemporaneous use, it might not, by itself, meet the requirement for regularity and prolonged use.

      The government has not opposed the defendant's motion. The motion appears to be well taken. Accordingly, the motion is **GRANTED**. The government shall, no later than seven days from the date hereof, provide the defendant with a bill of particulars informing the defendant of what conduct the government intends to use to establish that the defendant was an unlawful user of a controlled substance.

[]{IA.WPD*Rev.12/96}