Kevin F. McCoy
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 W. Seventh Avenue, Suite 1600
Anchorage, Alaska 99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CHRISTOPHER ALLEN CHARLES,<br><br>Defendant. | NO. 3:06-CR-00026-JWS<br><br>**UNOPPOSED MOTION TO DETERMINE COMPETENCY AND REQUEST THAT DR. DENISE HAWKS BE DESIGNATED TO CONDUCT A PSYCHIATRIC COMPETENCY EVALUATION** |

Christopher Charles, by his counsel, asks this court for a hearing to determine his competency to proceed to trial. Such a hearing is appropriate because there is reasonable cause to believe that Mr. Charles is presently suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense. Mr. Charles further requests that Dr. Denise Hawks be designated to conduct a psychiatric competency evaluation.

The government does not oppose this request.

This motion is submitted pursuant to 18 U.S.C. § 4241 and is based upon the affidavit of counsel filed herewith.

DATED at Anchorage, Alaska this 15th day of May 2006.

Respectfully submitted,

s/Kevin F. McCoy
Assistant Federal Defender
550 West 7th Avenue, Suite 1600
Anchorage, AK 99501
Phone:      907-646-3400
Fax:         907-646-3480
E-Mail:     kevin_mccoy@fd.org

Certification:
I certify that on May 15, 2006,
a copy of the *Unopposed Motion to
Determine Competency and Request
That Dr. Denise Hawks Be Designated
to Conduct a Psychiatric Competency
Evaluation* was served electronically on:

David Nesbett
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK  99513-7567

s/Kevin F. McCoy