UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>CHRISTOPHER ALLEN CHARLES,<br><br>　　　　Defendant. | NO. 3:06-CR-00026-JWS<br><br>**PROPOSED ORDER** |

　　　　On consideration of the defendant's unopposed motion to determine competency and the defendant's further unopposed request that Dr. Denise M. Hawks be designated to conduct a psychiatric evaluation of the defendant for this purpose;

　　　　It is hereby ordered that the request to determine competency is granted. Pursuant to 18 U.S.C. § 4247(b), Dr. Denise M. Hawks is designated to conduct a psychiatric evaluation of the defendant for the purpose of determining his competency to proceed to trial. Dr. Hawks shall prepare a psychiatric report of the defendant's competence in accordance with the requirements set forth in 18 U.S.C. § 4247(c).

　　　　DATED this _____ day of May  2006, in Anchorage, Alaska.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　JOHN W. SEDWICK
　　　　　　　　　　　　　　　　　　　　　　　U.S. DISTRICT JUDGE