Kevin F. McCoy
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 W. Seventh Avenue, Suite 1600
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CHRISTOPHER ALLEN CHARLES,<br><br>Defendant. | NO. 3:06-CR-00026-JWS<br><br>**AFFIDAVIT OF COUNSEL** |
| STATE OF ALASKA<br><br>THIRD JUDICIAL DISTRICT | ss: |

    Kevin F. McCoy, being first duly sworn upon oath, deposes and says as follows:

    1.    I am the attorney for Christopher Charles.

    2.    I have reasonable cause to believe that Mr. Charles presently suffers from a mental disease or defect that renders him unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense.

3. I believe that Mr. Charles may presently be incompetent to stand trial based on a letter from Dr. Denise Hawks. Dr. Hawks opines that "there is a reasonable basis to question Mr. Charles' present ability to assist properly in his defense" and suggests that additional evaluation is warranted to determine Mr. Charles' competency to proceed to trial. *See* Exhibit A (letter from Dr. Denise Hawks and CV of Dr. Denise Hawks).

4. Dr. Hawks' preliminary evaluation suggests to me reasonable cause to believe that Mr. Charles presently suffers from a mental disease or defect that renders him unable to understand the nature and consequences of the proceedings against him and/or prevents him from assisting properly in his defense.

5. Title 18 U.S.C. § 4247(b) provides that the examiner "shall be designated by the court[.]" Since Dr. Hawks has already begun a competency evaluation of Mr. Charles, he requests that Dr. Hawks be designated for the purpose of conducting a psychiatric evaluation of Mr. Charles for the purpose of determining his competency to proceed to trial in accordance with the requirements of 18 U.S.C. § 4247(c).

6. On May 15, 2006, I spoke with Assistant U.S. Attorney David Nesbett. Mr. Nesbett indicated that the government does not oppose the request for a competency evaluation and the request that Dr. Denise Hawks be designated to conduct the evaluation.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

*[signature]*
KEVIN F. McCOY

*United States v. Christopher Allen Charles*
Case No. 3:06-CR-00026-JWS                                                                                          Page 2

SUBSCRIBED AND SWORN to before me this 15th day of May 2006.

[signature]
Notary Public in and for Alaska
My Commission Expires: 12/20/2008