# DENISE M. HAWKS, M.D., PH.D.
### Adult Psychiatry

P.O. Box 232812
Anchorage, AK 99523

Phone: (907) 258-0997

Kevin McCoy
Federal Public Defender Office
601 West Fifth Avenue
Anchorage, Alaska 99501

Mr. McCoy—

Thank you for asking me to see Christopher Charles. I saw him at the Anchorage Jail on Tuesday, May 9 and have also reviewed the medical records provided.

I am concerned about a couple of issues with regard to this individual's mental health status, both currently and on the day of the bank robbery. As you may have witnessed, Mr. Charles shows symptoms suggestive of a bipolar disorder variant – he demonstrates intermittent rapid and pressured speech and described having "thoughts and thoughts" – pressured speech is typically a sign of someone's rapid thought processes and can be a symptom of bipolar disorder. In addition to more voluminous thinking, Mr. Charles described being much more creative in his thoughts and behavior, such as writing poetry and songs, and dancing. Unusual creativity can also be a sign of bipolar hypomania. He has also become hyperreligious and is focused on religious activities – it's probably not unusual for inmates to "find God" while incarcerated but my concern for Mr. Charles is that he is not participating fully with you in his defense because he feels that his future is "in God's hands". He described believing that "it will all come out at trial", but that only God has control of his future and that God might decide to use him as an example and to have him serve as one of his representatives in prison – in essence: God will decide if he is innocent or guilty based on what God's plan is for him.

I'm also not sure how much Mr. Charles actually remembers of the day of the bank robbery. Hospital records show that he did not recall having been shot and wasn't sure how he ended up in the hospital. He initially thought that he might have been in a motor vehicle accident. He described to me that things "are fuzzy" and that "everything's like a dream now". He gets confused about what he actually experienced, what he might have read, and what he might have dreamt. He remembers being in the trailer and getting into the car to drive to his mother's house, and then being bothered by the police – he has no memory of having been at the bank and is adamant that he did not rob a bank on the day in question. He doesn't recall having been shot, though has seen pictures of himself bleeding and being carried across the snow by police officers.

Mr. Charles' urine toxicology screen from the hospital showed the presence of amphetamines and cocaine (as well as benzodiazepines and opiates, which appear to have been given to him when he arrived at the hospital to treat his pain and agitation). He was hypoxic after having been shot and described some symptoms suggesting that he was delirious at times during his recovery. It is difficult to determine if his lack of memory of

**Charles, Christopher**
**May 12, 2006     Page 2**

the events preceding his getting shot are due to him being in a drug-induced state during that time, memory loss caused by his medical problems after having been shot (hypoxia and delirium), or due to a severe state of denial in that he has "walled off" the events of that day.

Mr. Charles is quite paranoid with regard to the police and his belief that the police have been out to get him for some time, related to a past situation where charges against him were dismissed. He believes that police tried to kill him, both before he was hospitalized and during the time he was in the hospital. He described being relieved when he got moved to a hospital room where there were cameras such that he could no longer be abused by the police or by a doctor who "kept sticking his finger in the bullet hole in my chest". He also believes that the police planted evidence in his car as part of the conspiracy. Although inmates often feel slighted or picked on by the police, Mr. Charles' level of paranoia appears much more pathological and could indicate a drug-induced paranoia due to amphetamine and/or cocaine use or may have been fueled by his delirious state while hospitalized.

Because of these characteristics, I found it hard to get reliable information from Mr. Charles and I imagine it has been challenging for you, as well. Some things that might be helpful in better understanding what is going on with him would be to talk to family members to find out if he has had paranoid, delusional, or hypomanic symptoms in the past. He was hospitalized several years ago at NorthStar. Does he have a history of stimulant abuse that could explain the onset of violent behavior and paranoid delusions? If he has "walled off" his behaviors as a way of protecting himself emotionally, the use of hypnosis may help to break down subconscious barriers and allow him access to memories of events of that day.

At this point, I believe there is a reasonable basis to question Mr. Charles' present ability to assist properly in his defense. Although he understands the workings of the court and the roles of the players in the court, his ability to mentally assess and explain the events of the day in question appears significantly impaired.

It would be helpful if I could have an opportunity to meet with Mr. Charles again after I have had an opportunity to speak with his family members and with his friends to get more information about him, both before and after he was shot to see how this event may have impacted him mentally and emotionally.

Please let me know how you wish me to proceed.

Sincerely,


Denise M. Hawks, M.D., Ph.D.

# CURRICULUM VITAE

**Denise Marie Hawks, M.D., Ph.D.**
P.O. Box 232813
Anchorage, Alaska 99523
(907) 258-0997

May 2006

## Education:

| | |
|---|---|
| June 1986 - June 1994 | <u>Doctor of Philosophy</u> in Medical Psychology, Oregon Health Sciences University, Portland, Oregon<br>Dissertation: <u>The Influence of Pavlovian Conditioning on the Motivational Properties of Ethanol</u> |
| September 1982 - June 1986 | <u>Doctor of Medicine</u><br>Oregon Health Sciences University, Portland, Oregon |
| September 1977 - June 1982 | <u>Bachelor of Arts</u> in Biology and Psychology.<br>University of Oregon, Eugene, Oregon |

## Post-graduate Medical Training:

| | |
|---|---|
| June 1990 - June 1994 | Psychiatry Residency Training Program<br>University of Washington, Seattle Washington |

## Certification:

| | |
|---|---|
| January 1996 | Board Certification, American Board of Psychiatry & Neurology, Certificate #42087 |
| August 1997 | Certification, Clinical Hypnotherapist<br>The Wellness Institute, Seattle, WA |

## Professional License:

| | |
|---|---|
| State of Alaska | License #3450 |
| State of Washington | License #30240 (inactive) |

**Denise Marie Hawks, M.D., Ph.D.**
**Curriculum Vitae**
**May 2006 -- Page 2**

**Work Experience:**

| | |
|---|---|
| November 1998 - present | **Private Practice**<br>• provide direct clinical services to outpatients, including psychiatric diagnostic evaluations, psychotherapy, and psychopharmacology |
| September 1997- November 1998 | **Chief, Mental Health Services Center**, ANMC, Anchorage, AK<br>• provide administrative leadership role of department which is part tribally controlled under 638 contract and part federally controlled under ANMC administration<br>• provide clinical and administrative leadership in keeping with the department's mission to improve the mental health and wellness of our Native population<br>• directly supervise 16 clinical and 5 administrative staff<br>• manage personnel issues for tribal direct hire, civil service, and Commissioned Corps systems<br>• report directly to Southcentral Foundation Clinical Director (Native Organization) and Alaska Native Medical Center Administration (I.H.S.)<br>• provide vision and stability to department during 638 compacting process<br>• monitor and provide leadership in Continuous Quality Improvement and Quality Assurance<br>• continue to perform all the duties of a staff psychiatrist as described below |
| July 1994 - September 1997 | **Staff Psychiatrist,** ANMC, Anchorage, AK<br>• provide direct clinical services to outpatients at the Anchorage Native Primary Care Center, including psychiatric diagnostic evaluations, psychotherapy, and psychopharmacology<br>• provide psychiatric consultation to remote Alaskan villages<br>• develop and conduct cognitive-behavioral therapy groups for depressive disorders and anxiety/panic disorders<br>• perform evaluations and provide treatment recommendations in consult/liaison capacity to hospitalized medical patients |

Denise Marie Hawks, M.D., Ph.D.
Curriculum Vitae
May 2006 -- Page 3

**Work Experience (continued):**

|  |  |
|---|---|
|  | - provide daily supervision to psychiatric nurse specialists on clinical issues
- provide emergent psychiatric evaluation and treatment in on-call capacity
- coordination of training and supervision for psychiatric residents
- weekly supervision of medical students in psychiatry |
| February 1994 - June 1994 | **Chief Resident in Psychiatry,** Harborview, Seattle, WA
- daily supervision of psychiatric residents
- daily supervision of medical students in psychiatry
- coordination of resident schedules
- liaison between psychiatric faculty and residents
- psychiatric evaluation and treatment in the Behavioral Medicine Clinic |
| January 1994 - February 1994 | **Psychiatry Resident,** IHS Rotation, Crownpoint, NM
- psychiatric evaluation and treatment in outpatient clinic
- psychiatric consultation to emergency room and wards
- presentation to hospital staff on inhalant abuse |
| July 1993 - December 1993 | **Psychiatry Resident,** Alaska Psychiatric Institute and Alaska Native Medical Center, Anchorage, AK
- evaluation and treatment of inpatient adolescents in state psychiatric hospital
- psychiatric consultation and liaison with medical patients hospitalized at ANMC
- outpatient psychiatric evaluation and treatment in rural native villages in Yukon-Kuskokwim Delta |
| June 1990 - July 1993 | **Psychiatry Resident,** University of Washington, Seattle, WA
- training as intern in medicine, neurology, pediatrics
- evaluation and treatment on psychiatric inpatient units
- outpatient psychiatric evaluation and treatment in university clinic, HIV clinic, homeless shelter, psychopharmacology clinic
- emergency psychiatric evaluation and intervention
- evaluation and treatment in inpatient substance abuse |

Denise Marie Hawks, M.D., Ph.D.
Curriculum Vitae
March 2004 -- Page 4

**Work Experience (continued)**

        treatment program
- outpatient psychiatric evaluation and treatment of pediatric clients
- training and supervision of medical students
- coordination of resident call schedule
- evaluation of applicants to residency program

**Research Awards:**

1987-1990    National Research Service Award, Fellowship #5F32 A05265
                    National Institute on Alcohol Abuse and Alcoholism

**Publications:**

**The Influence of Pavlovian Conditioning on the Motivational Properties of Ethanol,** Doctoral Dissertation, 1994.

Cunningham, C.L., Hawks, D.M., & Niehus, D.R. (1988). Role of hypothermia in ethanol-induced conditioned taste aversion. **Psychopharmacology, 95,** 318-322.

**Faculty Affiliations:**

| | |
|---|---|
| September 1997 - | Affiliate Assistant Professor<br>University of Alaska Anchorage Biomedical Program |
| March 1995 -<br>December 1998 | Clinical Instructor<br>University of Washington Department of Psychiatry |
| February 1994 -<br>June 1994 | Chief Resident<br>University of Washington Department of Psychiatry |