IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:06-cr-00026-(JWS) |
| | ) | |
| Plaintiff, | ) | ORDER REGARDING |
| | ) | MOTION TO DISMISS |
| vs. | ) | COUNT 3 OF THE |
| | ) | INDICTMENT |
| CHRISTOPHER ALLEN CHARLES, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Having considered the motion at docket 24 filed by the United States to dismiss Count 3 of the Indictment, **IT IS HEREBY ORDERED** that Count 3 of the Indictment be dismissed without prejudice. The defendant's motion at docket 18 is **DENIED as moot**.

**IT IS SO ORDERED**.

DATED this 11th day of May 2006, at Anchorage, Alaska.

/s/
JOHN W. SEDWICK
UNITED STATES DISTRICT COURT JUDGE