Kevin F. McCoy
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 W. Seventh Avenue, Suite 1600
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>CHRISTOPHER ALLEN CHARLES,<br><br>        Defendant. | NO. 3:06-CR-00026-JWS<br><br>**NOTICE OF FILING PROPOSED ORDER RE:** *Unopposed Motion to Determine Competency and Request That Dr. Denise Hawks Be Designated to Conduct a Psychiatric Competency Evaluation* (Docket No. 27) |

       Christopher Allen Charles hereby gives notice of filing the attached proposed order regarding his *Unopposed Motion to Determine Competency and Request That Dr. Denise Hawks Be Designated to Conduct a Psychiatric Competency Evaluation*, filed May 15, 2006, at Docket No. 27.

       DATED at Anchorage, Alaska this 16th day of May 2006.

       Respectfully submitted,

       s/Kevin F. McCoy
       Assistant Federal Defender
       550 West 7th Avenue, Suite 1600
       Anchorage, AK 99501
       Phone:    907-646-3400
       Fax:    907-646-3480
       E-Mail:    kevin_mccoy@fd.org

Certification:
I certify that on May 16, 2006,
a copy of the *Notice of Filing Proposed
Order Re: Unopposed Motion to Determine
Competency and Request That Dr. Denise
Hawks Be Designated to Conduct a Psychiatric
Competency Evaluation (Docket No. 27)* was
served electronically on:

David Nesbett
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK  99513-7567

s/Kevin F. McCoy