UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>CHRISTOPHER ALLEN CHARLES,<br><br>        Defendant. | NO. 3:06-CR-00026-JWS<br><br>**PROPOSED ORDER** |

        On consideration of the defendant's motion to determine competency and request that Denise Hawks be designated to conduct a psychiatric competency evaluation at Docket No. 27;

        The court has reviewed the letter of Dr. Denise Hawks and, based on that letter and pursuant to 18 U.S.C. § 4241(a), finds reasonable cause to believe that the defendant may presently be suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense;

        Now therefore, pursuant to 18 U.S.C. § 4247(b), the court designates Dr. Denise Hawks, M.D., Ph.D., to conduct a psychiatric competency evaluation at the Anchorage Jail Complex;

And to thereafter file a report of her examination under seal with the court on or before June 30, 2006, with copies to counsel for the defendant and to counsel for the government, which report shall include:

(1) The defendant's history and present symptoms;

(2) a description of the psychiatric, psychological, and medical tests that were employed and their results;

(3) the examiner's findings; and,

(4) the examiner's opinion as to diagnosis and prognosis as to whether the defendant is suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense.

Defense counsel shall be responsible for making arrangements for the competency evaluation at the Anchorage Jail Complex.

Delay occasioned by this competency evaluation is specifically excluded from the speedy trial rule pursuant to 18 U.S.C. § 3161(h)(1)(A).

Done at Anchorage, Alaska this _____ day of May 2006.

        JOHN D. ROBERTS
        U.S. MAGISTRATE JUDGE