Kevin F. McCoy
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 W. Seventh Avenue, Suite 1600
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CHRISTOPHER ALLEN CHARLES,<br><br>Defendant. | NO. 3:06-CR-00026-JWS<br><br>**UNOPPOSED MOTION TO CONTINUE TRIAL PENDING COMPETENCY DETERMINATION** |

   Christopher Charles asks this court for an order continuing trial to a date convenient to the court and counsel, until after the question of his competency to stand trial is resolved.  Trial is presently set for June 6, 2006.  Mr. Charles' motion to determine competency has been granted and a competency evaluation is scheduled to be filed under seal with the court with copies to counsel on June 30, 2006.  Counsel jointly propose that trial be scheduled immediately following the competency determination at a date and time convenient for the court and counsel.

   Only 34 days have elapsed under the speedy trial rule.

   The government does not oppose this request.

This motion is submitted pursuant to the Fifth Amendment Due Process Clause, D.Ak.L.Crim.R. 47.1, and is based upon the affidavit of counsel filed herewith.

DATED at Anchorage, Alaska this 18th day of May 2006.

Respectfully submitted,

s/Kevin F. McCoy
Assistant Federal Defender
550 West 7th Avenue, Suite 1600
Anchorage, AK 99501
Phone:     907-646-3400
Fax:        907-646-3480
E-Mail:    kevin_mccoy@fd.org

Certification:
I certify that on May 18, 2006,
a copy of the *Unopposed Motion to Continue Trial Pending Competency Determination* was served electronically on:

David Nesbett
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK  99513-7567

s/Kevin F. McCoy