UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>CHRISTOPHER ALLEN CHARLES,<br><br>　　　　Defendant. | NO. 3:06-CR-00026-JWS<br><br>**PROPOSED ORDER** |

　　　　On consideration of the defendant's unopposed motion to continue trial pending competency determination;

　　　　It is hereby ordered that the motion is granted. The June 6, 2006, final pretrial conference date and trial date are vacated. Trial shall be scheduled promptly upon resolution of defendant's motion to determine competency, which is presently pending before the court.

　　　　DATED this _____ day of May 2006, in Anchorage, Alaska.


　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　JOHN W. SEDWICK
　　　　　　　　　　　　　　　　　　　　United States District Court Judge