Kevin F. McCoy
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 W. Seventh Avenue, Suite 1600
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CHRISTOPHER ALLEN CHARLES,<br><br>Defendant. | NO. 3:06-CR-00026-JWS<br><br>**AFFIDAVIT OF COUNSEL** |
| STATE OF ALASKA<br><br>THIRD JUDICIAL DISTRICT | ss: |

Kevin F. McCoy, being first duly sworn upon oath, deposes and says as follows:

1. I am the attorney for Christopher Charles.

2. Trial in this matter is presently scheduled for June 6, 2006.

3. The court has granted Mr. Charles' motion to determine competency, designated Dr. Denise Hawks for the purpose of conducting a competency evaluation, and has directed that she file her evaluation report under seal with copies to both counsel on June 30, 2006. *See* Docket No. 33.

4. The purpose of this motion is to continue the trial in a manner that will allow for the orderly resolution of Mr. Charles's motion to determine competency.

5.   My computation is that no more than 34 days have elapsed under the speedy trial rule. Mr. Charles was arraigned and pleaded not guilty to the indictment on March 28, 2006. Pretrial motions were timely filed on April 27, 2006, and not finally resolved until May 11, 2006. On May 15, 2006, Mr. Charles filed a motion to determine competency to proceed to trial. The court granted the motion and established a deadline for the examination. These motions exclude time from the speedy trial computation pursuant to 18 U.S.C. §§ 3161(h)((1)(A) and (F).

6.   On May 17, 2006, I spoke with Assistant U.S. Attorney David Nesbett. Mr. Nesbett indicated that the government does not oppose this request.

7.   During that discussion, counsel considered proposing August 7, 2006, as a mutually convenient trial date. However, settling on a trial date should probably await the resolution of the competency question.

8.   For all these reasons, Mr. Charles asks that the June 6, 2006, trial date be vacated and that trial be scheduled to follow resolution of the motion to determine competency.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

_____
KEVIN F. McCOY

SUBSCRIBED AND SWORN to before me this 18th day of May 2006.

_____
Notary Public in and for Alaska
My Commission Expires: 12/20/2008

*United States v. Christopher Allen Charles*
Case No. 3:06-CR-00026-JWS                                                                                      Page 2