UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | NO. 3:06-cr-00026-JWS |
|---|---|
| Plaintiff, | |
| vs. | **ORDER** |
| CHRISTOPHER ALLEN CHARLES, | |
| Defendant. | |

On consideration of the defendant's unopposed motion to continue trial pending competency determination;

It is hereby ordered that the motion is granted. The June 6, 2006, final pretrial conference date and trial date are vacated. Trial shall be scheduled promptly upon resolution of defendant's motion to determine competency, which is presently pending before the court.

This delay is pursuant to 18 U.S.C. 3161(h)(1)(A)

DATED this 18th day of May 2006, in Anchorage, Alaska.

/s/
JOHN W. SEDWICK
United States District Court Judge