UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>CHRISTOPHER ALLEN CHARLES,<br><br>　　　　Defendant. | )<br>)<br>)<br>)　Case No. 3:06-cr-00026-JWS<br>)<br>)<br>)<br>)<br>)<br>) |

**JUDGMENT OF DISCHARGE**
**FED.R.CRIM.P. 32(k)(1)**

　　IT APPEARING that the defendant is now entitled to be discharged for the reason that:

　　__X__　The court has granted the motion of the government for dismissal without prejudice;
　　____　The court has granted the motion of the defendant for a Judgment of Acquittal;
　　____　A jury has been waived, and the court has found the defendant NOT GUILTY;
　　____　The jury has returned its verdict, finding the defendant NOT GUILTY;
　　____　(Other reason, or reasons, if any);
of the offense of Unlawful User In Possession Of A Firearm in violation of 18:922(G)(3) and 924(A)(2) as charged in count 3 of the Indictment.

　　**IT IS THEREFORE ADJUDGED** that the defendant is hereby discharged pursuant to Rule 32(k)(1), Federal Rules of Criminal Procedure.

　　DATED at Anchorage, Alaska, this 16th day of May, 2006.

**REDACTED SIGNATURE**

_____
John W. Sedwick
United States District Judge

[]{DISCHARG.WPD*Rev.07/03}