Kevin F. McCoy
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 W. Seventh Avenue, Suite 1600
Anchorage, Alaska 99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | NO. 3:06-cr-00026-JWS |
|---|---|
| Plaintiff, | |
| vs. | **MOTION FOR BAIL REVIEW HEARING** |
| CHRISTOPHER ALLEN CHARLES, | |
| Defendant. | |

Christopher Charles asks this court for an order setting this matter on for a bail review hearing at a date and time convenient to the court and counsel. Mr. Charles proposes that he be released to the 24-hour sight/sound of his grandfather, Wallace D. Charles, subject to the following conditions:

- 24-hour sight/sound custody of Wallace D. Charles;

- electronic monitoring;

- reside at 7431 Papa Circle, Anchorage, Alaska;

- subject to a curfew to be recommended by pretrial services;

- $40,000 property bond;

- not depart Municipality of Anchorage;

- no alcohol;

- no controlled substances;

- no weapons;

- testing at the discretion of the pretrial services officer;

- physical and telephonic check-in with pretrial services officer at pretrial services officer's discretion.

The third-party application form has been completed and provided to the Pretrial Services and to the government. Mr. Charles asks that the bail review hearing be calendared for late Thursday, May 25, 2006, or anytime on Friday, May 26, 2006, because counsel expects to be in trial in *United States v. Kanha Kounduangta*, Case No. 3:06-cr-0018-HRH, most of this week, then out-of-district from May 30, 2006, through July 5, 2006.

DATED at Anchorage, Alaska this 22nd day of May 2006.

Respectfully submitted,

s/Kevin F. McCoy
Assistant Federal Defender
550 West 7th Avenue, Suite 1600
Anchorage, AK 99501
Phone:      907-646-3400
Fax:         907-646-3480
E-Mail:     kevin_mccoy@fd.org

Certification:
I certify that on May 22, 2006,
a copy of the ***Motion for Bail Review
Hearing*** was served electronically on:

David Nesbett
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK  99513-7567

and a copy was hand delivered to:

U.S. Probation & Pretrial Services
222 W. 7th Avenue, #48, Room 168
Anchorage, AK 99513-7562


s/Kevin F. McCoy