UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>CHRISTOPHER ALLEN CHARLES,<br><br>  Defendant. | NO. 3:06-CR-00026-JWS<br><br>**PROPOSED ORDER** |

After due consideration of the defendant's Motion for Bail Review Hearing, the motion is granted. A bail review hearing is hereby scheduled for May _____, 2006, at _____ ____.m.

DATED this _____ day of May 2006, in Anchorage, Alaska.

_____
JOHN D. ROBERTS
U.S. MAGISTRATE JUDGE