**MINUTES OF THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

<u>UNITED STATES OF AMERICA</u>   v.   <u>CHRISTOPHER ALLEN CHARLES</u>

THE HONORABLE JOHN W. SEDWICK   CASE NO.  <u>3:06-cr-00026-JWS</u>

<u>Deputy Clerk</u>                    <u>Official Recorder</u>

<u>Pam Richter</u>

APPEARANCES:   for PLAINTIFF:   ----

                for DEFENDANT:   ----

PROCEEDINGS:   **ORDER FROM CHAMBERS**

The court has reviewed the psychiatric evaluation of defendant filed *ex parte* as an exhibit to docket 43. Based upon the psychiatric report, it is the court's opinion that defendant Charles is competent to assist in his own defense and that this case should be set on for trial.

A scheduling conference will be held at 10:30 AM on Friday, July 7, 2006. If defendant disagrees with the court's assessment that he is competent to assist in his own defense, the matter will be taken up *ex parte* at the scheduling conference.

DATE: <u>June 30, 2006</u>

ENTERED AT JUDGE'S DIRECTION
INITIALS: <u>prr</u>
Deputy Clerk

[FORMS*IA*]