DEBORAH M. SMITH
Acting United States Attorney

DAVID A. NESBETT
Special Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, Room 253, #9
Anchorage, Alaska  99513-7567
Phone: (907) 271-6306
Fax: (907) 271-1500
E-mail: david.nesbett@usdoj.gov
Alaska Bar # 9811075

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No.  3:06-cr-00026-JWS |
| | ) |
| Plaintiff, | ) |
| | ) NOTICE OF INTENT TO USE THE |
| v. | ) COURT'S DIGITAL EVIDENCE |
| | ) PRESENTATION SYSTEM |
| CHRISTOPHER A. CHARLES, | ) |
| | ) |
| Defendant. | ) |
| | ) |

COMES NOW the United States of America, by and through counsel, and

gives notice of the United States' intent to use the Court's Digital Evidence

Presentation System (DEPS) in the imposition of sentence of the above captioned case, currently scheduled for today, August 9, 2006 at 9:00 a.m.

RESPECTFULLY SUBMITTED this 2nd day of August, 2006, in Anchorage, Alaska.

        DEBORAH M. SMITH
        Acting United States Attorney

        s/ David A. Nesbett
        Special Assistant U.S. Attorney
        222 West 7th Ave., #9, Rm. 253
        Anchorage, AK 99513-7567
        Phone: (907) 271-6306
        Fax: (907) 271-1500
        E-mail: david.nesbett@usdoj.gov
        Alaska Bar # 9811075

**CERTIFICATE OF SERVICE**

I hereby certify that on August 2, 2006,
a copy of the foregoing was served
electronically on Kevin McCoy.

s/ David A. Nesbett