Kevin F. McCoy
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | Case No. 3:06-cr-00026-JWS |
| vs. | |
| CHRISTOPHER ALLEN CHARLES, | **MOTION *IN LIMINE* SEEKING AN ELECTION ON COUNT 2** |
| Defendant. | |

Chris Charles seeks an *in limine* order remedying the duplicitous nature of Count 2 of the indictment. An *in limine* order is necessary to protect Mr. Charles' Sixth Amendment right to a unanimous verdict on a particular offense.

This motion is submitted pursuant to D. Alaska Loc. Crim. R. 47.1 and is based upon the memorandum of law filed herewith.

///

///

///

DATED at Anchorage, Alaska this 4th day of August, 2006.

Respectfully submitted,

s/Kevin F. McCoy
Assistant Federal Defender
Alaska Bar No. 7705042
601 West Fifth Avenue, Suite 800
Anchorage, AK 99501
Phone:	907-646-3400
Fax:	907-646-3480
E-Mail:	kevin_mccoy@fd.org

Certification:

I certify that on August 4, 2006,
a copy of the foregoing document
was served electronically on:

David A. Nesbett, Esq.
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK  99513-7567

s/Kevin F. McCoy