Allen N. Dayan
745 W. 4th Avenue, Suite 230.
Anchorage, AK  99501
(907) 277-2330

Attorneys for:
Defendant Christopher Charles

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| vs. | )Case No.3:06-cr-00026-JWS |
| | ) |
| Christopher Charles, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## ENTRY OF APPEARANCE AND NOTICE OF SUBSTITUTION OF COUNSEL

The Law Office of Allen N. Dayan & Associates enters their appearance as attorney of record for the defendant Christopher Charles In the above-captioned action and requests that copies of all pleadings filed in this action be mailed to them at, 745 W. 4th Avenue, Suite 230 Anchorage, Alaska  99501. Allen Dayan is substituting in as attorney for defendant Christopher Charles in place of the Kevin McCoy.

DATED this 4th day of August, 2006 at Anchorage, Alaska.

s/Allen N. Dayan
745 W. 4th Avenue, Suite 230
Anchorage, Alaska 99501
Phone: 907-277-2330
Fax: 907-277-7780
Email: dayanlaw@acsalaska.net
Alaska Bar No. 8811179

1

<u>Certificate of Service</u>
I hereby certify that on March 29, 2006, a copy of the foregoing
was Electronically Served on AUSA David Nesbett, and Kevin McCoy.