Allen N. Dayan
745 W. 4th Avenue, Suite 230.
Anchorage, AK  99501
(907) 277-2330

Attorneys for:
Defendant Christopher Charles

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| vs. | ) Case No.3:06-cr-00026-JWS |
| | ) |
| Christopher Charles, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**MOTION ON SHORTENED TIME**
**FOR SUBSTITUTION OF SUBSTITUTION OF COUNSEL**

The Law Office of Allen N. Dayan & Associates hereby moves for Substitution of Counsel of record for the defendant Christopher Charles In the above-captioned action and requests that copies of all pleadings filed in this action be mailed to them at, 745 W. 4th Avenue, Suite 230 Anchorage, Alaska  99501. Allen Dayan is substituting in as attorney for defendant Christopher Charles in place of the Kevin McCoy.

DATED this 4th day of August, 2006 at Anchorage, Alaska.

                                                s/Allen N. Dayan
                                              745 W. 4th Avenue, Suite 230
                                              Anchorage, Alaska 99501
                                              Phone: 907-277-2330
                                              Fax: 907-277-7780
                                              Email: dayanlaw@acsalaska.net
                                              Alaska Bar No. 8811179

Certificate of Service
I hereby certify that on March 29, 2006, a copy of the foregoing Motion on Shortened Time for Substitution Of Counsel and Proposed Order was Electronically Served on AUSA David Nesbett, and Kevin McCoy.