Allen N. Dayan
745 W. 4th Avenue, Suite 230.
Anchorage, AK  99501
(907) 277-2330

Attorneys for:
Defendant Christopher Charles

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| vs. )  | Case No.3:06-cr-00026-JWS |
| ) | |
| Christopher Charles, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**PROPOSED ORDER**

Defendant's Motion on Shortened time for a Pretrial conference to address substitution of Counsel and continuing the trial for one week in this case in Granted.

A pretrial conference in this matter is set for the ____ day of _____, 2006 at __:__ __:m.

DATED this _____ day of _____, 2006.

_____
John W. Sedwick
United States District Court Judge