Allen N. Dayan
745 W. 4th Avenue, Suite 230.
Anchorage, AK  99501
(907) 277-2330

Attorneys for:
Defendant Christopher Charles

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | Case No.3:06-cr-00026-JWS |
| ) | |
| Christopher Charles, ) | |
| ) | |
| Defendant. ) | |
| ) | |

NOTICE OF ATTACHMENT

COMES NOW the Defendant, Allen N. Dayan, files this Notice of Attachment regarding the Proposed Order for Substitution of Counsel.

DATED this 4th day of August, 2006 at Anchorage, Alaska.

                                            s/Allen N. Dayan
                                            745 W. 4th Avenue, Suite 230
                                            Anchorage, Alaska 99501
                                            Phone: 907-277-2330
                                            Fax: 907-277-7780
                                            Email: dayanlaw@acsalaska.net
                                            Alaska Bar No. 8811179

Certificate of Service
I hereby certify that on March 29, 2006, a copy of the foregoing Motion on Shortened Time for Substitution Of Counsel and Proposed Order was Electronically Served on AUSA David Nesbett, and Kevin McCoy.