Allen N. Dayan
745 W. 4th Avenue, Suite 230.
Anchorage, AK  99501
(907) 277-2330

Attorneys for:
Defendant Christopher Charles

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| vs. | ) Case No.3:06-cr-00026-JWS |
| | ) |
| Christopher Charles, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

**PROPOSED ORDER**

Defendant's Motion on Shortened time for substitution of

Counsel in Granted.         DATED  this  _____  day  of

_____, 2006.


_____
John W. Sedwick
United States District Court Judge