Allen N. Dayan
745 W. 4th Avenue, Suite 230.
Anchorage, AK  99501
(907) 277-2330

Attorneys for:
Defendant Christopher Charles

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| vs. )  | Case No.3:06-cr-00026-JWS |
| ) | |
| Christopher Charles, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

**MOTION ON SHORTENED TIME FOR A ONE WEEK CONTINUANCE OF TRIAL**

COMES NOW the Defendant, Christopher Charles, by and through his counsel, Allen N. Dayan, hereby requests a one week continuance of the trial.

A period of excludable delay under 18 U.S.C. 3161(h) may occur as a result of the filing/granting/denying of the Defendant's motion.

DATED this <u>4th</u> day of August, 2006 at Anchorage, Alaska.

                                              s/Allen N. Dayan
                                              745 W. 4th Avenue, Suite 230
                                              Anchorage, Alaska 99501
                                              Phone: 907-277-2330
                                              Fax: 907-277-7780
                                              Email: dayanlaw@acsalaska.net
                                              Alaska Bar No. 8811179

<u>Certificate of Service</u>
I hereby certify that on March 29, 2006, a copy of the foregoing Motion and attached Order was Electronically Served on AUSA David Nesbett, and Kevin McCoy.