Allen N. Dayan  
745 W. 4th Avenue, Suite 230.  
Anchorage, AK  99501  
(907) 277-2330  

Attorneys for:  
Defendant Christopher Charles  

IN THE UNITED STATES DISTRICT COURT  

FOR THE DISTRICT OF ALASKA  

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| vs.  ) | Case No.3:06-cr-00026-JWS |
| ) | |
| Christopher Charles, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**PROPOSED ORDER**

Defendant's Motion on Shortened time to continue trial for one week in this case in Granted.  Trial in this matter is set for the ____ day of _____, 2006 at __:__ __:m.

DATED this _____ day of _____, 2006.

_____  
John W. Sedwick  
United States District Court Judge