DEBORAH M. SMITH
Acting United States Attorney

DAVID A. NESBETT
Special Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, Room 253, #9
Anchorage, Alaska  99513-7567
Phone: (907) 271-6306
Fax: (907) 271-1500
E-mail: david.nesbett@usdoj.gov
Alaska Bar # 9811075

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No.  3:06-cr-00026-JWS |
| | ) | |
| Plaintiff, | ) | |
| | ) | *AMENDED* NOTICE OF INTENT TO |
| v. | ) | USE THE COURT'S DIGITAL |
| | ) | EVIDENCE PRESENTATION SYSTEM |
| CHRISTOPHER A. CHARLES, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

COMES NOW the United States of America, by and through counsel, and

gives notice of the United States' intent to use the Court's Digital Evidence

Presentation System (DEPS) in the trial by jury of the above captioned case, currently scheduled for August 9, 2006 at 9:00 a.m.

RESPECTFULLY SUBMITTED this 7th day of August, 2006, in Anchorage, Alaska.

DEBORAH M. SMITH
Acting United States Attorney

s/ David A. Nesbett
Special Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-6306
Fax: (907) 271-1500
E-mail: david.nesbett@usdoj.gov
Alaska Bar # 9811075

**CERTIFICATE OF SERVICE**

I hereby certify that on August 7, 2006, a copy of the foregoing was served electronically on Kevin McCoy & Allan Dayan.

s/ David A. Nesbett