**MINUTES OF THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

<u>     UNITED STATES OF AMERICA     </u>   v.   <u>     CHRISTOPHER CHARLES     </u>

THE HONORABLE JOHN W. SEDWICK    CASE NO.   <u>  3:06-cr-00026-JWS  </u>

<u>Deputy Clerk</u>                   <u>Official Recorder</u>

<u> Pam Richter           </u>        <u>                        </u>

APPEARANCES:   for PLAINTIFF:   ----

               for DEFENDANT:   ----

PROCEEDINGS:   **ORDER FROM CHAMBERS**

---

The court will hear argument on the motion at docket 54 to require election of charge as to Count 2, the motion to substitute counsel at docket 57 and the motion to continue trial at docket 60 at 10:30 AM on Monday, August 7, 2006. Trial is presently set for August 9, 2006, and the late filing of the motions coupled with the need to either summon or not summon prospective jurors for the existing trial date leaves the court no choice but to schedule these matters on such short notice.

Although the court expects counsel to check the ECF docket frequently, due to the short notice in this instance, the Clerk is directed to call all three lawyers involved to be sure that they have notice of this order.

                                   ENTERED AT JUDGE'S DIRECTION
DATE:<u>  August 7, 2006  </u>              INITIALS:<u>  prr  </u>
                                         Deputy Clerk

[FORMS*IA*]