Allen N. Dayan
745 W. 4th Avenue, Suite 400.
Anchorage, AK  99501
(907) 277-2330

Attorneys for:
Defendant Christopher Charles

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,          )<br>                                   )<br>            Plaintiff,             )<br>  vs.                              ) Case No.3:06-cr-00026-JWS<br>                                   )<br>Christopher Charles,               )<br>                                   )<br>            Defendant.             )<br>_____) | |

**DEFENDANT CHISTOPHER CHARLES' TRIAL BRIEF**

### Introduction

Defendant, Christopher Charles, is charged with Count I of Armed Bank Robbery in Violation of 18 U.S.C. § 2113(a) and (b); and Count II possession of a Firearm during the Bank Robbery in violation of 18 U.S.C. § 924(c)(1)(A)(ii).

### Discussion

Mr. Charles has committed no violations of law.  He expects to defend the charges successfully and completely.  He expects to call between one or two witnesses and expects his defense case to take approximately one day.

DATED this 29th  day of August, 2006, at Anchorage, Alaska.

                                   s/Allen N. Dayan
                                   745 W. 4th Avenue, Suite 400
                                   Anchorage, Alaska 99501
                                   Phone: 907-277-2330

                                          Fax: 907-277-7780  
                                          Email: dayanlaw@acsalaska.net  
                                          Alaska Bar No. 8811179

<u>Certificate of Service</u>  
I hereby certify that on August 29, 2006, a copy of the foregoing Motion and attached Order was Electronically Served on AUSA David Nesbett.