Allen N. Dayan
745 W. 4th Avenue, Suite 400
Anchorage, AK  99501
(907) 277-2330

Attorneys for:
Defendant Christopher Charles

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 3:06-cr-00026-JWS |
| | ) |
| Christopher Charles, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**DEFENDANT CHRISTOPHER CHARLE'S  PROPOSED JURY INSTRUCTIONS**

COMES NOW, defendant, Christopher Charles, by and through counsel of record, Allen N. Dayan, and hereby requests that the following pattern jury instructions, from West Publishing Co.'s Manual of Model Criminal Jury Instructions for the Ninth Circuit, be submitted to the jury in this case:

| | |
|---|---|
| 1.04 | Evidence for Limited Purposes |
| 1.07 | Credibility of Witnesses |
| 1.2 | The Charge--Presumption of Innocence |
| 3.02 | Charges Against Defendant |
| 3.03 | Reasonable Doubt - Defined |
| 3.04 | What is Evidence |
| 3.07 | Credibility of Witnesses |
| 4.01 | Statement of Defendant |
| 4.17 | Opinion Evidence, Expert Witness |
| 4.2 | Silence in The Face of Accusation |

    4.4        Character of Defendant

    5.6        Knowingly

    8.131      Bank Robbery

    8.65.1.1   Firearms—Using Or Carrying In Commission Of Drug Trafficking Crime Or Crime Of Violence

DATED this 29th day of August, 2006, at Anchorage, Alaska.

                                        s/Allen N. Dayan
                                        745 W. 4th Avenue, Suite 400
                                        Anchorage, Alaska 99501
                                        Phone: 907-277-2330
                                        Fax: 907-277-7780
                                        Email: dayanlaw@acsalaska.net
                                        Alaska Bar No. 8811179

Certificate of Service
I hereby certify that on August 29, 2006, a copy of the foregoing Motion and attached Order was Electronically Served on AUSA David Nesbett.