NELSON P. COHEN
United States Attorney

DAVID A. NESBETT
Special Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska  99513-7567
(907) 271-5071
(907) 271-1500
email: david.nesbett@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 3:06-CR-0026-JWS |
| | ) | |
| Plaintiff, | ) | |
| | ) | GOVERNMENT'S EXHIBIT |
| vs. | ) | LIST |
| | ) | |
| CHRISTOPHER CHARLES | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

COMES NOW Plaintiff United States of America, by and through counsel, and hereby files with the Court its Exhibit List.

**GOVERNMENT'S EXHIBIT LIST** - USA v. Christopher Charles

| Exh. No. | I.D. | Ad. | Date | Description |
|---|---|---|---|---|
| | | | | **Physical Exhibits** |
| 1 | | | 3/16/06 | Shotgun from shooting scene |
| 2 | | | 3/16/06 | Semiautomatic handgun |
| 3 | | | 3/16/06 | Revolver |
| 4 | | | 3/16/06 | Duct tape from inside vehicle |
| 5 | | | 3/16/06 | Bait bill from inside vehicle |
| 6 | | | 3/16/06 | Glasses from inside vehicle |
| 7 | | | 3/16/06 | Glove from inside vehicle |
| 8 | | | 3/16/06 | Shirt |
| 9 | | | 3/16/06 | Shoes |
| 10 | | | 3/16/06 | Pants |
| | | | | **Video** |
| 11 | | | 3/16/06 | Video of bank robbery in progress |
| | | | | **Photos** |
| 12-16 | | | 3/16/06 | Still Photos of bank robbery in progress |
| 17-23 | | | 3/16/06 | Photos of items in vehicle |
| 24-28 | | | 3/16/06 | Photos of clothes |
| | | | | **Documentary Evidence** |
| 29 | | | 3/16/06 | Cash audit sheet |
| 30 | | | 3/16/06 | Bait money ID log |
| 31 | | | 3/16/06 | NCU ID number |
| 32 | | | | Map of South Anchorage |

| Exh. No. | I.D. | Ad. | Date | Description |
|---|---|---|---|---|
| 33 | | | | Map of La Mex Parking lot |

RESPECTFULLY SUBMITTED this 5th day of September, 2006 at Anchorage, Alaska.

NELSON P. COHEN
United States Attorney

s/ David Nesbett
Special Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska  99513-7567
(907) 271-5071
(907) 271-1500
email: david.nesbett@usdoj.gov

**CERTIFICATE OF SERVICE**
I hereby certify that on September 5, 2006 a copy of the foregoing was served electronically on:

Allen N. Dayan

s/David Nesbett

3