UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> CHRISTOPHER ALLEN CHARLES, ) <br> ) <br> Defendant. ) <br> _____) | 3:06-cr-00026 JWS <br><br> VERDICT - Count 1 |

We, the jury in the above-captioned case, find the defendant, CHRISTOPHER ALLEN CHARLES, [not guilty / (guilty)] __Guilty__ of armed robbery of a financial institution in violation of 18 United States Code, Sections 2113(a) and 2113(d), as charged in Count 1 of the Indictment.

DATED this __8th__ day of __September__ 2006.

_____
JURY FOREPERSON