UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>       Plaintiff,  )<br>  )<br>vs.  )<br>  )<br>CHRISTOPHER ALLEN CHARLES,  )<br>  )<br>       Defendant.  )<br>_____ ) | 3:06-cr-00026 JWS<br><br>SPECIAL VERDICT - Count 2 |

    We, the jury in the above-captioned case, find the defendant, CHRISTOPHER ALLEN CHARLES, [not guilty / (guilty)] _guilty_ of using a firearm in relation to a crime of violence in violation of 18 United States Code, Section 924(c), as charged in Count 2 of the Indictment.

    If you have found the defendant not guilty, your foreperson should sign and date this special verdict form. If you have found the defendant guilty, then you must respond to the following inquiry:

    We, the jury in the above-captioned case, find the defendant, CHRISTOPHER ALLEN CHARLES, [not guilty / (guilty)] _guilty_ of brandishing a firearm in relation to a crime of violence in violation of 18 United States Code, Section 924(c), as charged in Count 2 of the Indictment.

    DATED this _8th_ day of _September_ 2006.

                                                                                _____
                                                                                 JURY FOREPERSON