(Rev 9/06)

# LIST OF EXHIBITS

Case No.  3:06-CR-00026-JWS        Judge:  **JOHN W. SEDWICK**

Title     U.S.A.
vs.
          CHRISTOPHER ALLEN CHARLES

Dates of Trial:  September 05, 2006    Thru    September 8, 2006

Deputy Clerk/Recorder:   Caroline Edmiston

| Attorney for Plaintiff | Attorney for Defendant |
|---|---|
| David Nesbett | Allan Dayan |
|  |  |
|  |  |

---EXHIBITS---

| PLAINTIFF | | | | DEFENDANT | | | |
|---|---|---|---|---|---|---|---|
| EX # | ID | AD | DESCRIPTION OF EXHIBIT | EX# | ID | AD | DESCRIPTION OF EXHIBIT |
| 1 | X | 9/6 | Box - Firearm | | | | |
| 2 | X | 9/6 | Semi-auto handgun | | | | |
| 3 | X | 9/6 | Revolver | | | | |
| 4 | X | 9/6 | Duct tape | | | | |
| 5 | X | 9/6 | $100, $5 | | | | |
| 6 | X | 9/6 | Eyeglasses | | | | |
| 7 | X | 9/6 | Glove | | | | |
| 8 | X | 9/6 | Clothing-shirt | | | | |
| 9 | X | 9/6 | Bag - Black shoes | | | | |
| 10 | X | 9/6 | Pants | | | | |
| 11 | X | 9/5 | Video of Bank Robbery | | | | |

(Rev 9/06)

Continuation
List of Exhibits

Page: 2

Case No: 3:06-CR-00026-JWS         Judge: JOHN W. SEDWICK

**PLAINTIFF**                                          **DEFENDANT**

| EX # | ID | AD | DESCRIPTION OF EXHIBIT | EX # | ID | AD | DESCRIPTION OF EXHIBIT |
|------|----|----|------------------------|------|----|----|------------------------|
| 12 | x | 9/5 | Photo | | | | |
| 13 | x | 9/5 | Photo | | | | |
| 14 | x | 9/5 | Photo | | | | |
| 15 | x | 9/5 | Photo | | | | |
| 16 | x | 9/5 | Photo | | | | |
| 17 | x | 9/6 | Photo | | | | |
| 18 | x | 9/6 | Photo | | | | |
| 19 | x | 9/6 | Photo | | | | |
| 20 | x | 9/6 | Photo | | | | |
| 21 | x | 9/6 | Photo | | | | |
| 22 | x | 9/6 | Photo | | | | |
| 23 | x | 9/6 | Photo | | | | |
| 24 | x | 9/6 | Photo - glasses | | | | |
| 25 | x | 9/6 | Photo - glove | | | | |
| 26 | x | 9/6 | Photo - shirt | | | | |
| 27 | x | 9/6 | Photo - pants | | | | |
| 28 | x | 9/6 | Photo - shoes | | | | |
| 29 | x | 9/6 | Cash count Certif. | | | | |
| 30 | x |     | Bait money | | | | |
| 31 | x | 9/6 | Proof of Insurance - NCUA | | | | |

(Rev 9/06)

Continuation
List of Exhibits

Page: 7

| Case No: 3:06-CR-00026-JWS | | | | Judge: JOHN W. SEDWICK | | | | |
|---|---|---|---|---|---|---|---|---|
| **PLAINTIFF** | | | | **DEFENDANT** | | | | |
| EX # | ID | AD | DESCRIPTION OF EXHIBIT | EX # | ID | AD | DESCRIPTION OF EXHIBIT | |
| | | | | | | | | |
| 72 | X | 9-6-06 | Photo of area (aerial photo) | | | | | |
| 73 | X | 9-6-06 | Aerial photo | | | | | |
| 34 | X | 9/6 | $100 bill | | | | | |
| 75 | X | | Photo - Driver's License | | | | | |
| 36 | X | 9/7 | Bait money - ID log | | | | | |
| 37 | X | 9/7 | Photo - Certified copy | | | | | |