```
Allen N. Dayan
745 W. 4th Avenue, Suite 230.
Anchorage, AK  99501
(907) 277-2330

Attorneys for:
Defendant Christopher Charles
```

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| vs. )Case No.3:06-cr-00026-JWS | |
| ) | |
| Christopher Charles, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**STATEMENT OF DEFENDANT CHRISTOPHER CHARLES**
**OF SENTENCING FACTORS TO BE RELIED UPON AT SENTENCING**

COMES NOW, Christopher Charles by and through his counsel of record Allen N. Dayan and hereby files this Statement of Sentencing factors to be relied upon at sentencing.

Christopher Charles agrees with the Pre-sentence Report's calculation of the sentencing range and sentencing recommendation of 147 months.  Mr. Charles is currently facing criminal charges related to this matter in State Court in Case No. 3AN-S06-03039 Cr.  Mr. Charles respectfully requests that any sentence he receive in this matter run concurrent to any sentence Mr. Charles receives in State court.

1

It is very unlikely that Mr. Charles will ever to reoffend. He has excellent prospects for rehabilitation taking into account his age and the fact that he has a strong family support network which will assist him upon his release. Mr. Charles wishes that he be incarcerated in Oregon which would allow him to be close to his family. Mr. Charles also requests that the court recommend that Mr. Charles be admitted to the Bureau of Prison's 500 hour drug treatment program.

Mr. Charles requests the court sentence him to 147 months as recommended in the Presentence report.

DATED at Anchorage, Alaska this 30th day of November, 2006.

>s/Allen N. Dayan
>745 W. 4th Avenue, Suite 230
>Anchorage, Alaska 99501
>Phone: 907-277-2330
>Fax: 907-277-7780
>Email: dayanlaw@acsalaska.net
>Alaska Bar No. 8811179

Certificate of Service
I hereby certify that on March 29, 2006, a copy of the foregoing Motion and attached Order was Electronically Served on AUSA David Nesbett.