```
             MINUTES OF THE UNITED STATES DISTRICT COURT
                         DISTRICT OF ALASKA
```

U.S.A. vs. <u>CHRISTOPHER ALLEN CHARLES</u>   CASE NO. <u>3:06-cr-00026-JWS</u>
Defendant: <u>X</u> Present <u>X</u> In Custody

BEFORE THE HONORABLE: <u>            JOHN W. SEDWICK            </u>

DEPUTY CLERK/RECORDER: <u>            APRIL KARPER            </u>

UNITED STATES' ATTORNEY: <u>            DAVID NESBETT            </u>

DEFENDANT'S ATTORNEY: <u>            ALLEN DAYAN            </u>

U.S.P.O.: <u>                        TIM ASTLE            </u>

PROCEEDINGS: IMPOSITION OF SENTENCE HELD DECEMBER 7, 2006:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 8:34 a.m. court convened.

<u>X</u> Notice of Appeal form given to defendant.

<u>X</u> Court stated findings/reasons pursuant to sentencing
   guidelines.

<u>X</u> Imprisonment for a period of <u>160 months. This term consists of
   76 months on Count 1 and 84 months on Court 2, all such terms
   to run consecutively.</u>

<u>X</u> Defendant placed on supervised release for a period of <u> 5 </u>
   years under the usual terms and conditions with special
   conditions of supervised release as stated in the judgment.
   This terms consists of 5 years on each of Counts 1 and 2, all
   such terms to run concurrently.

<u>X</u> Special Assessment $<u>200.00</u>, due <u>immediately.</u>

<u>X</u> Restitution $<u>7,157.00</u>, to be paid to <u>Alaska USA Federal
   Credit Union.</u>

<u>X</u> Defendant remanded to the custody of the U.S. Marshal.

<u>X</u> OTHER: <u>Court and counsel heard re presentence report; court
adopted the presentence report. Court and counsel heard re
plaintiff's oral motion for a 2 level increase; **DENIED.** Court
recommended that the defendant participate in the 500 hour drug
and alcohol program and that the defendant serve his time at the
Facility located in Lompoc, California. Appeal rights given.
Payment Coupon given to defendant.</u>

At 9:01 a.m. court adjourned.

DATE: <u>     December 7, 2006     </u>   DEPUTY CLERK'S INITIALS: <u>    ak   </u>