IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

RECEIVED
DEC 1 5 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                              )<br>           Plaintiff,         )<br>                              )<br>                              )<br> vs.                          )<br>                              )<br>                              )<br> Christopher Charles          )<br>                              )<br>     Defendant.              )  | U.S.D.C. Case Number<br>3:06-cr-00026 (JWS)<br><br><br><br>NOTICE OF APPEAL |

Notice is hereby given that **Christopher Charles** appeals to the Ninth Circuit Court of Appeals from the:

(_X_)   Conviction only (Fed. R. Crim. P. 32(b)).

(___)   Conviction and sentence.

(___)   Sentence only (18 U.S.C. § 3742).

Judgment was entered on this action on: **12-07-2006**.

Sentence imposed: **160 months**.

Transcript required (yes or no): **yes**. If yes, date ordered or to be ordered: _____ (including arrangements for payment with court recorder).

Signature: *Chris Charles*

Date: **12-15-06**

(Rev 1/02)