UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
**NOTICE OF APPEAL NOTIFICATION FORM**
Please Fill Out Completely

**CASE INFORMATION:**
Short Case Title: USA v. Christopher Charles
Court of Appeals No. (leave blank if unassigned): 7-30000
U.S. District Court Judge Name and Case No.: John W. Sedwick 3:06-cr-00026-JWS
Date Complaint/Indictment/Petition Filed: 3/23/2006
Date Appealed Order/Judgment *entered*: 12/8/2006
Date NOA *filed*: 12/15/2006
COA Status (check one):
__granted in full (attach order)      __denied in full (send record)
__granted in part (send record)       __pending

RECEIVED
FEB 0 3 2007
CLERK, U.S. _____ COURT
ANCHORAGE, ALASKA

Court Reporter(s) Name and Phone Number: Caroline Edmiston 907-677-6103; Robin Carter 907-677-6127; April Karper 907-677-6102; Linda Christense 907-677-6104;

Magistrate Judge's Order? If so, please attach.

**FEE INFORMATION:**
Date Docket Fee paid: _           Date Docket Fee billed: _
Date FP granted: _____       Date FP denied: _
Is FP pending? _no_ yes/no       Was FP Limited/Revoked?
US Government Appeal?    _no_ yes/no
Companion Cases? Please list: _

Please attach copy of any order granting, denying or revoking FP.

**COUNSEL INFORMATION:** (please include e-mail address and fax number)
| Appellate Counsel: | Appellee Counsel: |
|---|---|
| Allen N. Dayan | David A. Nesbett |
| Allen Dayan & Associates | U.S. Attorney's Office |
| 745 W 4th Ave., Ste 230 | 222 West 7th Ave., #9 |
| Anchorage, AK 99501 | Anchorage, AK 99513 |
| 907-277-2330; fax 907-277-7780 | 907-271-5071 |
| dayanlaw@acsalaska.net | david.nesbett@usdoj.gov |

X_retained   __CJA   __FPD   __FPD   __Other   Please attach Appointment Order.

**DEFENDANT INFORMATION:**
Prisoner ID: 15232-006              Address: 1200 W. Dimond Trailer #216 Garnett
Custody: Yes                        Anchorage, AK 99515
Bail: _____

**AMENDED NOTIFICATION INFORMATION:**
Fees Paid: _        9th Circuit Docket Number: _

Name and phone number of person completing this form: Elisa Singleton 907-677-6105