```
           UNITED STATES
           DISTRICT COURT
            District of Alaska
            Anchorage Division

         # 00129919 - PS
         February 23, 2007


      Code   Case #   Qty    Amount

      086900-F 06-26          105.00 CK
      510000-C 06-26          150.00 CK
      086400-R 06-26          200.00 CK


      TOTAL→              455.00



      FROM: JULIANA D. CHARLES
            FOR CHRISTOPHER A. CHARLES
            APPEALS FEE
            3:06-CR-00026 JWS
```