**FILED**

**NOV 13 2007**

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff - Appellee,<br><br>v.<br><br>CHRISTOPHER ALLEN CHARLES,<br><br>Defendant - Appellant. | No. 07-30000<br><br>D.C. No. CR-06-00026-a-JWS<br>District of Alaska,<br>Anchorage<br><br>ORDER |

**RECEIVED**

**NOV 16 2007**

CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

Appellant's motion for voluntary dismissal of this appeal is granted. This appeal is dismissed. *See* Fed. R. App. P. 42(b); 9th Cir. R. 27-9.1.

The certified copy of this order sent to the district court shall constitute the mandate.

For the Court

**SIGNATURE REDACTED**

Nanette Woh
Deputy Clerk
9th Cir. R. 27-7
General Orders/Appendix A

**Signature Redacted**

S:\MOATT\Clrkords\11-07\nw\07-30000v.wpd